# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DR. ROBERT GERBER, ,  )  | |
| )  | |
| Plaintiff,  )  | |
| )  | No. 20 CV 02298 |
| v.  )  | |
| )  | Judge Chang |
| CAREPOINT HEALTHCARE, LLC,  )  | |
| )  | |
| Defendant.  )  | |

## STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and without costs. The claims of the putative class are dismissed without prejudice and without costs. Plaintiff dismisses its claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| **DR. ROBERT GERBER** | **CAREPOINT HEATLHCARE, LLC** |
| | |
| *s/ Dulijaza Clark* | *s/Bart T. Murphy* (with permission) |
| By one of his attorneys | By one of its attorneys |
| Dulijaza (Julie) Clark | Bart T. Murphy |
| Edelman, Combs, Latturner & Goodwin LLC | Ice Miller, LLP |
| 20 S. Clark St., Suite 1500 | 2300 Cabot Dr., Ste. 455 |
| Chicago, IL 60603 | Lisle, IL 60532 |
| 312-739-4200 | 630-955-6392 |

**CERTIFICATE OF SERVICE**

    I, Dulijaza Clark, hereby certify that on June 2, 2020, I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all attorneys of record.

                                          *s/Dulijaza Clark*
                                          Dulijaza Clark

Daniel A. Edelman
Cathleen M. Combs
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312)739-4200