# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Robert Gerber

　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　Case No.: 1:20−cv−02298
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Edmond E. Chang

Carepoint Healthcare, LLC, et al.

　　　　　　　　　　　　　　　Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, June 4, 2020:

　　　MINUTE entry before the Honorable Edmond E. Chang: Pursuant to the stipulated dismissal [13], under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the individual claims against the named Defendant is dismissed with prejudice, each side to bear its own fees and costs. Proposed class claims and claims against the Doe Defendants are dismissed without prejudice. Status hearing of 06/11/2020 is vacated. Civil case terminated. Mailed notice (mw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.